UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY YBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, and others,<br><br>    Defendants. | Case No. 23-cv-04079 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE FOR FAILURE TO PROSECUTE CASE; CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 29, 2023** |

This is civil right case that Plaintiff Rosemary Ybarra filed on August 11, 2023. Since filing the Complaint, Plaintiff and her counsel have not advanced the litigation. There is no evidence that they have served defendants with the summons and complaint as required by Fed. R. Civ. P. 4; they did not file a case management conference statement by November 8, 2023, as ordered (Dkt. No. 5); and have not responded to the request to file a form either consenting or declining the jurisdiction of a magistrate judge (Dkt. No. 6).

Accordingly, the Court orders Plaintiff to show cause in writing filed by November 22, 2023, as to why the Court should not dismiss this case for failure to prosecute and for failure to timely serve the summons and complaint under Fed. R. Civ. P. 4(m). The Court also continues the Case Management Conference from November 15, 2023, to November 29, 2023, in person at 11:00 a.m. in San Jose courtroom 5. A Case Management Conference statement must be filed by November 22, 2023.

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge